THE STATE OF OHIO, APPELLEE, *v.* JAY, APPELLANT.

[Cite as *State v. Jay,* **130 Ohio St.3d 239, 2011-Ohio-5161.**]

*Cause remanded to the court of appeals for application of* State v. Dunlap.

(No. 2009-1915—Submitted September 21, 2011—Decided October 12, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91827,

2009-Ohio-4364.

_____

{¶ 1}  The cause is remanded to the court of appeals for application of *State v. Dunlap*, 129 Ohio St.3d 461, 2011-Ohio-4111, 953 N.E.2d 816.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas and Lisa Williamson, Assistant Prosecuting Attorneys, for appellee.

Jeffrey Jay, pro se.

_____